IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRY PENISTER**  **PLAINTIFF**
**ADC # 92828**

v.   CASE NO. 4:25-cv-00584-JM-JTK

**AMY STVARTAK, et al.**  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. Although Mr. Penister's response to the motions for summary judgment and his objections were not timely filed, the Court has carefully considered them and made a *de novo* review of the record. The Court is unpersuaded by Mr. Penister's response and objections and concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion for Summary Judgment (Doc. Nos. 19, 25) is GRANTED;

2. Plaintiff's claims against Defendants are DISMISSED without prejudice for failure to exhaust administrative remedies;

3. The Clerk of the Court is directed to CLOSE this action; and

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an <u>in forma pauperis</u> appeal from any Order adopting these recommendations and accompanying Judgment would not be taken in good faith.

Dated this 6th day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE