IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRY PENISTER**                                                                 **PLAINTIFF**
**ADC # 92828**

v.                              **CASE NO. 4:25-cv-00584-JM-JTK**

**AMY STVARTAK, et al.**                                                        **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 6th day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE